PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jalil Burns  **Docket Number:** 09-00196-001
 **PACTS Number:** 54461

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden
United States District Judge

**Date of Original Sentence:** 01/04/2010

**Original Offense:** UNLAWFUL TRANSPORT OF FIREARMS - ETC.

**Original Sentence:** 37 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 8/5/11

**Assistant U.S. Attorney:** David Foster, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter Carter, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On October 21, 2011, Burns was arrested and charged with Unlawful Possession of a weapon; specifically a Bryco 38 .380 Caliber handgun. |
| 2 | The offender has violated the standard supervision condition which states **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'**<br><br>On October 21, 2011, when Burns was arrested, he was arrested along with Shadi Williamson who has several felony drug convictions. Burns did not have permission to associate with Williamson. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Amy J. Capozzolo
U.S. Probation Officer
Date: 10/21/11

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

October 21, 2011
Date